

ZACHARY W. CARTER
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Joanne M. McLaren
Assistant Corporation Counsel
phone: (212) 356-2671
fax: (212) 356-3509
email: jmclaren@law.nyc.gov

December 19, 2016

**BY ECF**

Honorable Kevin N. Fox
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    William Tucker v. The City of New York, *et al.*
                 15-CV-03555 (CM)

Your Honor:

      I am writing on behalf of all parties to inform the Court that the parties reached a settlement today. The Stipulation of Settlement and Order of Dismissal will be forwarded to the Court upon this Office's receipt of the fully-executed documents.

      The parties thank the Court for its assistance with this matter.

Respectfully submitted,

Joanne M. McLaren
Assistant Corporation Counsel

TO:    Via ECF
          Christopher D. Galiardo, Esq.