*McMahon, J*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY F[...]
DOC #:_____
DATE FILED: 1/18/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

WILLIAM TUCKER,

                               Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL.,

                              Defendants.

---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

1:15-cv-3555 (CM)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that:

    1.    The above-referenced action is hereby dismissed with prejudice; and

    2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the

Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       1/9     , 2017

| | |
|---|---|
| **MYERS, SINGER & GALIARDO, LLP** | **ZACHARY W. CARTER** |
| *Attorneys for Plaintiff William Tucker* | Corporation Counsel of the City of New York |
| 299 Broadway, Suite 200 | *Attorney for Defendants City of New York,* |
| New York, New York 10007 | *Victor Harris, and James McSloy* |
| | 100 Church Street |
| | New York, New York 10007 |
| By: *[signature]* | By: *[signature]* |
| Christopher D. Galiardo, Esq. | Joanne M. McLaren |
| *Attorney for Plaintiff* | *Assistant Corporation Counsel* |

SO ORDERED:

*[signature]*

HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

Dated: 17 Jan    , 2017

JS